

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CESAR MERCADO-CASTANEDA,<br><br>Defendant. | Case No. 19-MJ-754<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On February 28, 2019, Defendant made his initial appearance in this district following his arrest on the petition for revocation of supervised and warrant for arrest issued in the Southern District of California on January 26, 2012. Deputy Federal Public Defender Adam Olin was appointed to represent Defendant.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition: defendant was charged with illegally entering the United States in violation of the conditions of supervision imposed for his 2011 conviction for illegal entry in the Southern District of California.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition (see above)
> ☒ criminal history includes several convictions for illegal entry

III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal to be removed to the Southern District of California forthwith.

Dated: February 28, 2019

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE